McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 08 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARIUSH NIKNIA AND RICHARD LANT, <br><br> Defendants. | CASE NO. 2:19-CR-131-MCE <br><br> PETITION TO SEAL INDICTMENT <br><br> **(UNDER SEAL)** |

To the Honorable Deborah Barnes:

  COMES NOW SHELLEY D. WEGER, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

  I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above-named defendants in violation of 50 U.S.C. § 1705(a), (c), and 31 C.F.R. § 560.204 – Conspiracy to Export to Embargoed Country; 50 U.S.C. § 1705(a), (c), and 31 C.F.R. § 560.206 – Prohibited Trade-Related Transactions With Iran (2 Counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture. The indictment has been returned by the Grand Jury to this Honorable Court.

  1. The investigating agents believe that the defendants pose a flight risk if the charges are made public before their arrests are effected.

PETITION TO SEAL INDICTMENT      1

1   THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to
2   Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant is
3   arrested or until further order of this Court.

Dated August 8, 2019                    McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Shelley D. Weger
                                        SHELLEY D. WEGER
                                        Assistant United States Attorney