**FILED**

August 16, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)　　　Case No. 2:19-cr-00131-MCE
　　　　　　　Plaintiff,　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　ORDER FOR RELEASE OF
DARIUSH NIKNIA,　　　　　　　　　　)　　　PERSON IN CUSTODY
　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release, DARIUSH NIKNIA, Case No.

2:19-cr-00131-MCE from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

　　___　　Release on Personal Recognizance

　　_X_　　Bail Posted in the Sum of: $150,000.00.

　　　　_X_　　Co-Signed Unsecured Appearance Bond

　　　　_X_　　Secured Appearance Bond

　　　　_X_　　(Other) Conditions as stated on the record.

　　　　_X_　　(Other) The Defendant is ordered released on 8/19/2019 at 9:00 a.m. to the custody of

　　　　　　the assigned Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _8/16/2019_ at _3:10 p.m._

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge