HEATHER E. WILLIAMS, SBN #122664
Federal Defender
CHRISTINA SINHA, SBN #278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARIUSH NIKNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARIUSH NIKNIA<br><br>    Defendants. | No. 2:19-cr-00131-MCE<br><br>DEFENSE'S UNOPPOSED MOTION AND ORDER FOR EXTENSION TO POST BOND<br><br>Judge: Hon. Kendall J. Newman |

    Defendant, Dariush Niknia, through Assistant Federal Defender, Christina Sinha, hereby moves for an extension of time to post the $150,000 secured bond by real property to August 30, 2019. The United States of America, through its counsel, Assistant United States Attorney Shelley D. Weger, does not oppose the motion.

    On August 16, 2017, the Court granted the defendant until August 26, 2019 to submit the secured bond paperwork. Additional time is required for the defendant to notarize and record the deed of trust. Accordingly, the defendant requests that the deadline for posting the property bond be extended to Friday, August 30, 2019.

/

//

///

-1-

DATED: August 28, 2019          HEATHER E. WILLIAMS

Federal Defender

*/s/Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorney for DARIUSH NIKNIA

# **O R D E R**

Finding good cause, the Court grants the defendant an extension to August 30, 2019, in which to post the $150,000 real property secured bond.

Dated: August 29, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE