McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0131 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARIUSH NIKNIA, and RICHARD LANT, | DATE: December 11, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 11, 2019.

2. By this stipulation, defendants now move to continue the status conference until January 23, 2020, and to exclude time between December 11, 2019, and January 23, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced over 5,000 pages of discovery associated with this case including investigative reports, bank and financial records, and email communications, some of which are written in Farsi, as well as audio recordings of the defendants' statements.

b) Given the limited number and availability of Farsi interpreters, counsel for defendant Niknia requires additional time to get discovery materials translated, meet with the client with the interpreter, review discovery, and for defense preparation. Counsel for defendant Lant also requires additional time for defense preparation, including further review the discovery

materials, and to discuss potential resolutions with his client in light of the evidence and relevant law.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019 to January 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 11, 2019         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ SHELLEY D. WEGER
                                 SHELLEY D. WEGER
                                 Assistant United States Attorney

Dated: December 11, 2019         /s/ Christina Sinha
                                 CHRISTINA SINHA
                                 Counsel for Defendant
                                 DARIUSH NIKNIA

Dated: December 11, 2019         /s/ Jess Marchese
                                 JESS MARCHESE
                                 Counsel for Defendant
                                 RICHARD LANT

**ORDER**

The Court adopts the stipulation of the parties as its order. However, due to the unavailability of the Court, the new status conference shall be set on April 23, 2020, at 10:00 a.m. in Courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable and applicable. For time sensitive matters, the parties are directed to email the Courtroom Deputy Clerk to seek a hearing before another District Judge.

IT IS SO ORDERED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE