| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | TIMOTHY ZINDEL, SBN 158377 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 801 I Street, Third Floor |
| | Sacramento, CA 95814 |
| 5 | T: (916) 498-5700 / F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | DARIUSH NIKNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-131-MCE |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S UNOPPOSED MOTION TO** |
| | ) | **MODIFY CONDITIONS OF PRETRIAL** |
| vs. | ) | **RELEASE** |
| | ) | |
| DARIUSH NIKNIA, | ) | |
| | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |

Defendant Dariush Niknia, by and through counsel of record, hereby moves this Court for an order to modify his Special Conditions of Release ordered on August 16, 2019 (ECF No. 10) to remove his location monitoring and curfew conditions; all other conditions will remain in full force and effect. Mr. Niknia has been compliant since his release on August 16, 2019, he has surrendered his travel documents, and his residential home has been posted with the Court.

The government and Pretrial Services do not object to this modification. Mr. Niknia requests that the Court adopt the attached "Amended Special Conditions of Release," which was prepared by Pretrial Services.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: February 21, 2020               */s/ Christina Sinha*
                                    CHRISTINA SINHA
                                    Attorneys for Defendant
                                    DARIUSH NIKNIA

**O R D E R**

The Court, having received and considered the defense's unopposed motion, and good cause appearing therefrom, hereby modifies the defendant's conditions of release to remove the location monitoring and curfew conditions. The Amended Special Conditions of Release are hereby adopted.

IT IS SO ORDERED.

Dated: February 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE