PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00131 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARIUSH NIKNIA, and RICHARD LANT, | DATE: March 11, 2021 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

1. By previous order, this matter was set for status on March 11, 2021. On January 22, 2021, the Court, on its own motion, continued the status conference until March 18, 2021. ECF No. 58.

2. By this stipulation, defendants now move to continue the status conference until June 3, 2021, and to exclude time between March 11, 2021, and June 3, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 5,000 Bates-labeled pages of discovery which includes investigative reports; bank and financial record; email communications, some of which are written in Farsi; reports of interviews, and audio recordings of the defendants' statements.

   b) Counsel for defendants desire additional time continue defense investigation, review discovery, conduct research, meet and confer with their respective clients regarding the evidence and defense strategy, and to otherwise prepare for trial in the event that this matter is

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

not otherwise resolved.  In addition, counsel for defendant Niknia has further relayed that the Covid-19 pandemic continues to prevent her from meeting with her client in person, and that because of logistical difficulties (compounded by the need for a Farsi interpreter, which is not readily available), the case cannot effectively be discussed via phone or videoconference.

        c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 11, 2021 to June 3, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 3, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney


                                          /s/ SHELLEY D. WEGER
                                          SHELLEY D. WEGER
                                          Assistant United States Attorney


Dated:  March 3, 2021                    /s/ CHRISTINA SINHA
                                          CHRISTINA SINHA
                                          Counsel for Defendant
                                          DARIUSH NIKNIA


Dated:  March 3, 2021                    /s/ JESS MARCHESE
                                          JESS MARCHESE
                                          Counsel for Defendant
                                          RICHARD LANT

**ORDER**

IT IS SO ORDERED.

Dated:  March 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT                3