1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:19-CR 00131 MCE
12 |                    Plaintiff,        | STIPULATION AND JOINT REQUEST TO JOIN
   |                                      | PROTECTIVE ORDER; [PROPOSED]
13 |              v.                      | PROTECTIVE ORDER
14 | DARIUSH NIKNIA, and
   | RICHARD LANT
15 |
   |                    Defendants.
16

17

18                              **STIPULATION**

19      1.      Plaintiff United States of America, by and through its counsel of record, and defendant

20 Richard Lant, by and through his counsel of record (collectively the "parties"), request to add Lant's

21 recently appointed substitute counsel, Shari Rusk, Esq., to the Protective Order, ECF 29, entered on

22 September 5, 2019.  The Protective Order is attached as Exhibit A and fully incorporated by reference.

23      2.      Pursuant to Section F of the current protective order, new or substitute counsel of record

24 must join the Protective Order before any Protected Materials may be transferred from the original

25 defense counsel to the new defense counsel.  ECF 29 at 6.

26      3.      Pursuant to a court order, Ms. Rusk was appointed as substitute counsel for defendant

27 Lant on July 28, 2021.  ECF 68.

28 ///

4. By this stipulation, Ms. Rusk now requests to join the Protective Order and agrees to abide by its terms. The government joins in this request. The parties jointly request that the Court enter an order adding Ms. Rusk to the Protective Order.

IT IS SO STIPULATED.

Dated:  August 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  August 6, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
RICHARD LANT

## [PROPOSED] FINDINGS AND ORDER

The Court having read and considered the above Stipulation and Joint Request to add Lant's substitute counsel, Shari Rusk, Esq., to the Protective Order, ECF 29, which is fully incorporated by reference into this Order, hereby finds that GOOD CAUSE to enter the requested Order.

IT IS SO FOUND AND ORDERED this  6   day of August, 2021.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE