HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DARIUSH NIKNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIUSH NIKNIA<br><br>Defendant. | Case No. 2:19-CR-131-KJM<br><br>[PROPOSED] ORDER EXONERATING BOND, RECONVEYING DEED, AND RETURNING PASSPORTS<br><br>Duty Judge: Hon. Jeremy D. Peterson |

The Court hereby EXONERATES the property bond posted in this case and ORDERS that the property be reconveyed and that such reconveyance be recorded.

The Clerk of the Court is directed to send the reconveyance documents to the property owner listed on the deed of trust.

The Clerk is further directed to return the passports by mailing them to the aforementioned address.

IT IS SO ORDERED.

Dated: August 7, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge